Case 4:25-mc-02332   Document 1   Filed on 11/25/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
F I L E D

NOV 25 2025

Nathan Ochsner, Clerk of Court

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| NOTICE | § | MSTACT |
| MSTACT | § | CONSULAR GENERAL DECREE |
| CONSULAR GENERAL DECREE | § | 28 U.S. § CODE 1608 (a)(4)(e) |
| | § | 28 U.S. § Code 2467 |
| | | 28 U.S. § Code 1360 (c) |

Nathan Ochsner
Clerk of Court for the UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
P.O. Box 61010
Houston, Texas 77208

Nathan,

The delivered Order filings delivered as a supplemental filing to Harris County File Number RP-2019-250935 filed on 06/13/2019 and are to be filed in the Southern District of Texas Court as a foreign judgment subject to the existing Federal Statute-At-Large concerning the Treaty exceptions and reciprocal courtesies and claim or right to relief.

NOTICE. As a Consular Office the Original Jurisdiction in all cases of Controversy between this Office its Personnel or Mission with a State or a citizen of any State shall be in the Original Jurisdiction of the Supreme court of the United States of America. (see Chisholm V. Georgia, 2U.S. 419 (1793). " in all cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be a party, the Supreme court shall have original jurisdiction.")

NOTICE. For service of process on the Consulate Office or Consulate Office Personnel shall be in accordance with the following accepted procedure which is in harmony with existing statute -At -Large Treaty exceptions and reciprocal agreements on Consular Jurisdiction. (See Statute-At-Large United States with Morrocco 1787 Article IV and Article XX and the Religious Freedom Restoration Act America. If any of the Citizens of the United States or any Citizens of the several States or any Person under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, & whenever the Consul shall require any aid or Assistance from the United States Government to enforce his Decisions, it shall be granted immediately to him. 28 U.S. Code 1608 (a)(4)(e). The clerk of the court is to send a copy of the original summons and complaint to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services- and the Secretary shall

transmittal one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted."

As used in this subsection, a " notice of suit" shall mean a notice addressed to a foreign state and in a form prescribed by the Secretary of State by regulation.

Thank You for your aid require yours and the Courts assistance under Article 20 of the Federal Statute-At-Large the United States Treaty with Morrocco of 17187 and the Religious Freedom restoration Act and the Constitution of the United States of America and the Vienna Commission on Consular relations.

Best Regards,

MOORISH SCIENCE TEMPLE OF AMERICA CONSULAR TRIBUNAL
C/o Consular General, Quasi Lebadon Jackson El
1319 Richmond Avenue
Houston, Texas 77006-9999
Mstact.gov@gmail.com

